**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7385**

---

BRUCE ALTON ROGERS,

                              Plaintiff - Appellant,

        versus

R. M. JARVIS; HERMAN C. WILSON, JR.; NORTH
CAROLINA PAROLE COMMISSION,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-97-584-5-BO2)

---

Submitted:  December 18, 1997        Decided:  January 7, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bruce Alton Rogers, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing without prejudice as frivolous his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion, dismissing the action because it failed to state a claim upon which relief could be granted under 28 U.S.C. § 1915A(b)(1) (West Supp. 1997), and find no reversible error. Accordingly, we deny Appellant's motion for judicial notice and affirm on the reasoning of the district court. <u>Rogers v. Jarvis</u>, No. CA-97-584-5-B02 (E.D.N.C. Sept. 15, 1997). To the extent that the district court did not expressly address Appellant's claims for damages, we find that the claims are meritless. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2